| | |
|---|---|
| 1 | Jo Dale Carothers (SBN # 020402) |
| 2 | Covington & Burling LLP |
|   | 9191 Towne Centre Drive |
|   | 6th Floor |
| 3 | San Diego, CA 92122-1225 |
|   | Tel: (858) 678-1802 |
| 4 | Fax: (858) 678-1602 |
|   | jdcarothers@cov.com |
| 5 | Attorney for Defendant |
|   | ELI LILLY AND COMPANY |
| 6 | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS SEAGROVES and UTE SEAGROVES, | No. 13-CV-01183-PHX-NVW |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Jo Dale Carothers of Covington & Burling LLP appears as attorney of record on behalf of Defendant Eli Lilly and Company.

DATED this 6th day of January, 2014.

                                      Covington & Burling LLP

                                      By: *s/* Jo Dale Carothers

                                      Jo Dale Carothers
                                      9191 Towne Centre Drive
                                      6th Floor
                                      San Diego, CA 92122-1225
                                      Tel: (858) 678-1802
                                      Fax: (858) 678-1602
                                      jdcarothers@cov.com
                                      Attorney for Defendant
                                      ELI LILLY AND COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: *s/* Jo Dale Carothers

Jo Dale Carothers
COVINGTON & BURLING, LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA 92122-1225
Tel: (858) 678-1802
Fax: (858) 678-1602
jdcarothers@cov.com
Attorney for Defendant
ELI LILLY AND COMPANY