| | |
|---|---|
| Alan Blankenheimer (SBN 006164)<br>Covington & Burling LLP<br>9191 Towne Center Drive<br>6th Floor<br>San Diego, CA 92122-1225<br>Tel: (858) 678-1801<br>ablankenheimer@cov.com<br><br>Michael X. Imbroscio (*pro hac vice*)<br>Phyllis A. Jones (*pro hac vice*)<br>Brett C. Reynolds (*pro hac vice*)<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 662-5868<br>mimbroscio@cov.com<br><br>Attorneys for Defendant<br>Eli Lilly and Company | David A. Wenner (AZ Bar No. 009886)<br>Snyder & Wenner, P.C.<br>2200 E. Camelback Rd., Ste 213<br>Phoenix, AZ 85016<br>Tel: (602) 224-0005<br>david@jurybias.com<br><br>Harris L. Pogust (*pro hac vice*)<br>T. Matthew Leckman (*pro hac vice*)<br>Pogust Braslow & Millrood, LLC<br>Eight Tower Bridge, Ste 1520<br>161 Washington Street<br>Conshohocken, PA 19428<br>Tel: (610) 941-4204<br>hpogust@pbmattorneys.com<br>mleckman@pbmattorneys.com<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS SEAGROVES and UTE SEAGROVES,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, and Indiana corporation,<br><br>    Defendant. | No. CV-13-01183-PHX-DJH<br><br>**JOINT REPORT ON SETTLEMENT TALKS PURSUANT TO THE COURT'S SCHEDULING ORDER** |

Pursuant to the Court's Scheduling Order, (Dkt. 26 (Scheduling Order (Jan. 10, 2014))), Plaintiffs Thomas and Ute Seagroves and Defendant Eli Lilly and Company ("Lilly") (collectively, "the Parties") submit this Report to apprise the Court of the outcome of their good faith settlement talks. The Parties have engaged in in-person, good faith discussions to resolve the above-captioned matter. Despite these efforts, the Parties agree that there is not a likelihood of settlement at this time.

NY: 885232-4

No. CV-13-01183-PHX-DJH

| | | |
|---|---|---|
| 1 | DATED this 19th of November, 2014. | Respectfully Submitted, |
| 2 | | By: /s/ Brett C. Reynolds |
| | | Phyllis A. Jones (*pro hac vice*) |
| 3 | | Michael X. Imbroscio (*pro hac vice*) |
| 4 | | Brett C. Reynolds (*pro hac vice*) |
| | | Covington & Burling LLP |
| 5 | | 1201 Pennsylvania Ave. NW |
| 6 | | Washington, DC 20004 |
| | | Tel: (202) 662-6000 |
| 7 | | pajones@cov.com |
| 8 | | |
| | | Attorneys for Defendant |
| 9 | | Eli Lilly and Company |
| 10 | | |
| 11 | | /s/ T. Matthew Leckman |
| | | Harris L. Pogust (*pro hac vice*) |
| | | T. Matthew Leckman (*pro hac vice*) |
| 12 | | Pogust Braslow & Millrood, LLC |
| | | Eight Tower Bridge, Ste 1520 |
| 13 | | 161 Washington Street |
| | | Conshohocken, PA 19428 |
| 14 | | Tel: (610) 941-4204 |
| | | hpogust@pbmattorneys.com |
| 15 | | mleckman@pbmattorneys.com |
| 16 | | Attorney for Plaintiffs |

**CERTIFICATE OF SERVICE**

I, Brett Reynolds, hereby certify that on this 19th day of November, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: <u>/s/ Brett C. Reynolds</u>