# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Seagroves, et al., | No. CV-13-01183-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Eli Lilly and Company, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion to Modify the Scheduling Orders and Memorandum of Points and Authorities in Support Thereof (Doc. 63). The parties seek modifications of the deadlines for completing expert depositions, filing dispositive motions, and submitting a joint proposed pretrial order. Based on the unique circumstances set forth in the joint motion, including the uncertainty of trial dates and hearings in related matters in other jurisdictions, the Court finds the parties have demonstrated good cause for the requested extensions.

Accordingly,

**IT IS ORDERED** that the Joint Motion to Modify the Scheduling Orders and Memorandum of Points and Authorities in Support Thereof (Doc. 63) is **GRANTED**.

**IT IS FURTHER ORDERED** that that the following three deadlines in the Scheduling Order (Doc. 26), as previously modified by prior Order (Doc. 62), are further modified as follows:

1. Expert deposition deadline: **September 25, 2015**.
2. Dispositive motions and motions challenging expert opinion testimony

deadline: **October 23, 2015**.

3. Joint Proposed Pretrial Order deadline (if no motions for summary judgment are pending): **November 16, 2015**.

All other unmodified provisions of the Scheduling Order (Doc. 26) shall remain in effect.

**IT IS FINALLY ORDERED** that the Court will not consider any requests for further extensions of these deadlines.

Dated this 29th day of July, 2015.

Honorable Diane J. Humetewa
United States District Judge